UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**RASHAD MUSTAFAA SHADEED**,                    Case No. 3:15-cv-00395-KI

                    Plaintiff,                                    JUDGMENT

        v.

**STATE OF CALIFORNIA ET, STATE
AND LOCAL GOVERNMENT, IT'S
DIVISIONS, AGENCIES, AND
OFFICERS OF THE STATE OF
CALIFORNIA**,

                    Defendants.

        Rashad Mustafaa Shadeed
        206 West 6th Street
        Los Angeles, CA 90014

                *Pro Se* Plaintiff


KING, Judge:

        IT IS ORDERED that this case is dismissed without prejudice.

        DATED this ____16th____ day of March, 2015.

                                         /s/ Garr M. King
                                         Garr M. King
                                         United States District Judge


Page 1 - JUDGMENT